

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Ashley Mere Howard v. The State of Texas

Appellate case number:    01-16-00120-CR

Trial court case number:  1465955

Trial court:                183rd District Court of Harris County

Appellant's brief was originally due on May 31, 2016. On June 2, 2016, counsel Juan Contreras requested a 30-day extension, which was granted until July 5, 2016. No brief was filed and notice issued on July 12, 2016, advising that the brief was overdue. On July 18, 2016, a second request for extension was filed, seeking another 30 days. The Court granted this extension until August 16, 2016.

On July 28, 2016, counsel Juan Contreras filed a motion to substitute counsel, asking that we allow Cynthia Rayfield-Aguilar to be substituted as counsel of record for appellant. Our ruling is as follows: (1) we grant an extension on the brief **until September 6, 2016**; and (2) we conditionally grant the motion to substitute, dependent upon counsel, Rayfield-Aguilar, filing a letter **on or before August 8, 2016**, agreeing that she will not seek further extensions of time to file the brief.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                       ☒    Acting individually

Date: August 2, 2016